UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION
KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT WOMBOLD, ) <br> ) <br> Defendant. ) | Criminal No. 16-20-ART-HBG-(2) <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Scott Wombold moved to dismiss counts eleven through thirteen of the original indictment in this case because the counts are duplicitous. R. 80; *see* R. 3 (indictment). The government then brought a superseding indictment, R. 97, and filed a response explaining that the new indictment cured the duplicity problems, R. 113. Magistrate Judge Bruce Guyton held a hearing to discuss Wombold's motion, and both parties agreed that the superseding indictment took care of his concerns. *See* R. 125 at 1−2.

Thus, Judge Guyton filed a report and recommendation that the Court deny Wombold's motion as moot. *Id.* Neither party filed an objection, and the time to do so has passed. *Id.* at 2 n.2. Accordingly, it is **ORDERED** that Judge Guyton's report and recommendation, R. 125, is **ADOPTED** as the opinion of the Court. Scott Wombold's motion to dismiss, R. 80, is **DENIED AS MOOT**.

This the 16th day of February, 2017.



Signed By:
*Amul R. Thapar* AT
United States District Judge

Case 3:16-cr-00020-ART-HBG   Document 139   Filed 02/16/17   Page 1 of 1   PageID #: 1440