**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 21, 2019

Mr. Christopher Jeffrey Climo
Bass, Berry & Sims
150 Third Avenue, S., Suite 2800
Nashville, TN 37201

Mr. Francis M. Hamilton III
Mr. Brian Samuelson
Office of the U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Mr. John E. Kelly Jr.
Bass, Berry & Sims
1201 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20004

 Re:  Case No. 18-6102, *USA v. Scott Wombold*
      Originating Case No. : 3:16-cr-00020-2

Dear Counsel:

The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Robin L. Johnson
                              Case Manager
                              Direct Dial No. 513-564-7039

cc:  Mr. John L. Medearis

Enclosure

No. 18-6102

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| | ) | Jun 21, 2019 |
| Plaintiff-Appellee, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| SCOTT WOMBOLD, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

Scott Wombold appeals his conviction and 72-month sentence on one count of wire fraud. He moves to file his brief under seal due to the confidential information contained therein. Under Federal Rule of Appellate Procedure 27(c), a single judge may rule on the motion.

"Documents sealed in the lower court or agency must continue to be filed under seal in this court." 6th Cir. R. 25(h)(5); *see United States v. Hatcher*, 698 F.3d 936, 937 (6th Cir. 2012) (order). However, briefs are a matter of public record and will be sealed only if the particular documents referenced therein "justify court-imposed secrecy." *Procter & Gamble Co. v. Bankers Tr. Co.*, 78 F.3d 219, 227 (6th Cir. 1996). Upon review, the court concludes that good cause is shown for sealing Wombold's brief.

Wombold's motion to file his brief under seal is **GRANTED**. The appellee brief and reply briefs may be filed under seal as well. If any brief is filed under seal, a public version of the brief must also be filed redacting the confidential information. Should either party wish for this court's opinion to be sealed or redacted, either in whole or in part, a separate motion must be

No. 18-6102
-2-

filed, which will be considered by the panel that will be assigned to decide the merits of the appeal.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk