UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-CR-20 |
| v. ) | |
| ) | Judge Collier |
| SCOTT WOMBOLD ) | |

## O R D E R

Before the Court is a November 2, 2020, motion by Defendant Scott Wombold to modify the terms of his release to allow him "to travel withing the contiguous United States without restriction or monitoring" following the reversal of his conviction by the Court of Appeals for the Sixth Circuit. (Doc. 957.) Defendant also asks for the return, with interest, of his fine and special assessment payments. (*Id.*)

The United States (the "Government") responded on November 16, 2020, representing that it could not take a position as to the return of Defendant's fine payment until after it determined whether to seek *en banc* rehearing of the appellate decision. (Doc. 958.) The Government ultimately sought a panel rehearing, and on December 30, 2020, the Court of Appeals denied the Government's petition for panel rehearing. (Doc. 979.) The mandate issued on January 7, 2021. (Doc. 982.)

Given the recent decision by the Court of Appeals, the Government shall **SUPPLEMENT** its response (Doc. 958) to Defendant's motion within **seven days** of the issuance of this Order.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**