# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT WOMBOLD,<br><br>    Defendant. | No. 3:16-CR-20<br>Judge Curtis L. Collier<br>Magistrate Judge H. Bruce Guyton |

## DEFENDANT SCOTT WOMBOLD'S MOTION TO DISQUALIFY

Comes now Defendant Scott Wombold, through his counsel, and respectfully moves for disqualification of presiding Judge Curtis L. Collier as necessary to protect Mr. Wombold's statutory and constitutional right to a fair trial. Good cause for this Motion is set forth in the contemporaneously filed Memorandum of Law.

Dated this 14th day of May, 2021.

Respectfully submitted,

*/s/ John E. Kelly*
John E. Kelly (admitted *pro hac vice*)
BASS, BERRY & SIMS PLC
1201 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20004
Telephone: (202) 827-2953
jkelly@bassberry.com

**Counsel for Defendant Scott Wombold**